# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFERY A. CUMMINGS & DEBBIE L. CUMMINGS  Case Number: 04-73413
1197 CUMMINGS  SSN-xxx-xx-1939 & xxx-xx-2994
CALEDONIA, IL  61011

Case filed on: 7/6/2004
Plan Confirmed on: 12/8/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $90,209.90    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 006 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LYON & SILVESTRI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | DOUGLAS M. HEAGLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFERY A. CUMMINGS | 0.00 | 0.00 | 1,780.25 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,780.25 | 0.00 |
| 001 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 9,548.78 | 9,548.73 | 9,548.73 | 475.99 |
| 002 | M&I MARSHALL & ILSLEY BANK | 4,325.00 | 4,325.00 | 4,325.00 | 179.21 |
| 003 | ROGER W. CUMMINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS BANKRUPTCY SERVICE | 5,925.00 | 5,925.00 | 5,925.00 | 245.53 |
|  | Total Secured | 19,798.78 | 19,798.73 | 19,798.73 | 900.73 |
| 001 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 0.00 | 0.05 | 0.05 | 0.00 |
| 002 | M&I MARSHALL & ILSLEY BANK | 3,813.90 | 3,813.90 | 3,813.90 | 0.00 |
| 004 | CREDITORS BANKRUPTCY SERVICE | 3,441.07 | 3,441.07 | 3,441.07 | 0.00 |
| 005 | LVNV FUNDING LLC | 4,997.83 | 4,997.83 | 4,997.83 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 174.43 | 174.43 | 174.43 | 0.00 |
| 008 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 15,612.82 | 15,612.82 | 15,612.82 | 0.00 |
| 011 | DODGE REWARDS CARD | 4,866.32 | 4,866.32 | 4,866.32 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 15,106.99 | 15,106.99 | 15,106.99 | 0.00 |
| 014 | LADER'S TIFFANY FEED & SUPPLY | 7,721.79 | 7,721.79 | 7,721.79 | 0.00 |
| 015 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RETAILERS NATIONAL BANK | 1,420.05 | 1,420.05 | 1,420.05 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 863.90 | 863.90 | 863.90 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEMS/ | 28.50 | 28.50 | 28.50 | 0.00 |
| 023 | RESURGENT CAPITAL SERVICES | 452.71 | 452.71 | 452.71 | 0.00 |
| 024 | RESURGENT CAPITAL SERVICES | 589.78 | 589.78 | 589.78 | 0.00 |
| 025 | ST. ANTHONY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ST. ANTHONY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 59,090.09 | 59,090.14 | 59,090.14 | 0.00 |
|  | Grand Total: | 81,588.87 | 81,588.87 | 83,369.12 | 900.73 |

Total Paid Claimant:     $84,269.85
Trustee Allowance:       $5,940.05       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00        discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                    By  /s/Heather M. Fagan